The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FACTORY SALES AND ENGINEERING, INC., d/b/a FSE ENERGY, a Louisiana corporation,<br><br>   Plaintiff,<br>v.<br>NIPPON PAPER INDUSTRIES USA CO., LTD., a Washington corporation,<br><br>   Defendant. | No. 3:14-cv-05899<br><br>**NIPPON PAPER INDUSTRIES USA CO. LTD.'S RESPONSE TO FSE'S MOTION TO CONSOLIDATE** |
| NIPPON PAPER INDUSTRIES USA CO., LTD., a Washington corporation,<br><br>   Counterclaimant,<br>v.<br>FACTORY SALES AND ENGINEERING, INC., d/b/a FSE ENERGY, a Louisiana corporation,<br><br>   Counterdefendant/<br>   Third Party Plaintiff,<br>v.<br>OPTIMUS INDUSTRIES, L.L.C. d/b/a CHANUTE MANUFACTURING COMPANY, a Delaware limited liability company,<br><br>   Third Party Defendant. | |

NPIUSA'S RESPONSE TO FSE'S MOTION TO CONSOLIDATE - 1

4843-0087-0435.01
16682.00097

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

1  Nippon Paper Industries USA Co., Ltd., without waiving any claims or defenses, respectfully requests the same relief sought in Factory Sales and Engineering, Inc.'s Motion to Consolidate (Dkt. No. 36).

DATED this 15th day of May, 2015.

RIDDELL WILLIAMS P.S.


By  */s/ Blake Marks-Dias*
James Breitenbucher, WSBA #27670
Blake Marks-Dias, WSBA #28169
Attorneys for Defendant/Counterclaimaint
Nippon Paper Industries USA Co., Ltd.

NPIUSA'S RESPONSE TO FSE'S MOTION TO CONSOLIDATE - 2

4843-0087-0435.01
16682.00097

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

**CERTIFICATE OF SERVICE**

I hereby certify that on the date written below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Richard M. Stanislaw - milesstanislaw@msn.com
- Diane C. Utz - dutz@wthf.com
- David C. Bransdorfer - dcb@bransdorfer.net
- Bennett J. Hansen – bhansen@pregodonnell.com
- Andrew C. Bohrnsen – aborhnsen@comcast.net

DATED this 15th day of May, 2015.

*s/Blake Marks-Dias*
Blake Marks-Dias

NPIUSA'S RESPONSE TO FSE'S MOTION TO CONSOLIDATE - 3

4843-0087-0435.01
16682.00097

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600