The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| OPTIMUS INDUSTRIES LLC d/b/a CHANUTE MANUFACTURING COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY, a foreign insurance company,<br><br>Defendants. | No. 3:15-cv-05149 RJB<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Extend Case Schedule Deadlines, Dkt 16.  The Court has reviewed the motion and the remainder of the file therein.

The Court extends the deadlines in the initial Scheduling Order (Dkt. 6) as follows:

- Date for the parties' FRCP 26(f) conference:  **July 7, 2015**.
- Date for the parties to exchange Initial Disclosures:  **July 29, 2015**.

Accordingly, it is hereby ORDERED that the parties' motion (Dkt. 16) is GRANTED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 18th day of June, 2015.

_____
ROBERT J. BRYAN
United States District Judge

ORDER GRANTING MOTION TO EXTEND
DEADLINES IN SCHEDULING ORDER
(Cause No. 3:15-cv-5149-RJB) – 1
cej//MES/6508.032/1923361x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273